MARY ANN BARNARD  3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  571-5555 pgr
               942-0403

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS (03) |
| Plaintiff, | ) | |
| VS. | ) | NOTICE OF MOTION, MOTION FOR SEVERANCE OF DEFENDANTS FOR TRIAL; MEMORANDUM OF LAW; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| VIRGINIA M. ROSAS GUERRERO, (01) | ) | |
| ROBERT ALEXANDER SIGUOIN, (02) | ) | DATE: _____ |
| KEVIN PATRICK CASH, (03) | ) | TIME: _____ |
| Defendants. | ) | JUDGE: J. Michael Seabright |

**NOTICE OF MOTION**

TO:  EDWARD H. KUBO, JR
     United States Attorney

     MARK A. INCIONG, Esq.
     Assistant United States Attorney
     PJKK Federal Building
     Room 6-100, 300 Ala Moana
     Honolulu, HI  96850

PLEASE TAKE NOTICE that the foregoing Motion will be presented before the Honorable **J. Michael Seabright**, Judge of the above-entitled Court, in his Courtroom located in the Federal Building, 300 Ala Moana, Honolulu, Hawaii on _____ at _____ or a soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii  January 14, 2006.

_____
MARY ANN BARNARD
Attorney for Defendant
KEVIN PATRICK CASH

```
MARY ANN BARNARD    3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  571-5555 PGR
               942-0403

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>              Plaintiff,         )<br>                                 )<br>     VS.                         )<br>                                 )<br>                                 )<br> VIRGINIA M. ROSAS GUERRERO,     )<br>                         (01)   )<br> ROBERT ALEXANDER SIGUOIN,       )<br>                         (02)   )<br> KEVIN PATRICK CASH,     (03)    )<br>                                 )<br>             Defendants.         )<br>_____) | CR. NO. 05-00248 JMS (03)<br><br><br><br><br><br>MOTION FOR SEVERANCE OF<br>DEFENDANTS FOR TRIAL |

### **MOTION FOR SEVERANCE OF DEFENDANTS FOR TRIAL**

Defendant KEVIN PATRICK CASH, by and through counsel, MARY ANN BARNARD, moves the Honorable Judge J. MICHAEL SEABRIGHT for an Order severing his trial in Counts 1, 3, and 4 from the trial of co-defendant Robert Alexander Siguoin, charged in Counts 1, 2, 5, and 6, in the above-entitled case, and directing that a separate trial be conducted for Counts 1, 3 and 4 as they relate to Mr. Cash.

This Motion is brought pursuant to Rules 8(b), 12, 14, and 47 of the Federal Rules of Penal Procedure and is based upon the 5th, 6th and 14th Amendments to the United States Constitution. This motion is also based on the Declaration of Counsel, the Memorandum In Support of Motion, (attached hereto and incorporated herein by reference), and any further evidence which may be adduced at a hearing on this motion.

DATED: Honolulu, Hawaii, _January 14_, 2006.

_____
MARY ANN BARNARD
ATTORNEY AT LAW

ATTORNEY FOR DEFENDANT

4

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following party on the 18th day of January, 2006 by:

[X] Placing in court jacket, [ ] mailing, [X] hand delivery:

Mark A. Inciong, Esq.
Assistant United States Attorney
PJKK Federal Building
Room 6-100, 300 Ala Moana
Honolulu, HI 96813

[ ] Placing in court jacket, [ ] mailing, [ ] hand delivery:

Federal Pretrial Services
PJKK Federal Building
300 Ala Moana, 7th floor
Honolulu, HI 968613

[ ] Placing in court jacket, [ ] mailing, [ ] hand delivery:

_____
Mary Ann Barnard