IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>VS.<br><br>VIRGINIA M. ROSAS GUERRERO,<br>                   (01)<br><br>ROBERT ALEXANDER SIGUOIN,<br>                   (02)<br><br>KEVIN PATRICK CASH,  (03)<br><br>        Defendants. | CR. NO. 05-00248 JMS (03)<br><br><br><br>DECLARATION OF COUNSEL |

**DECLARATION OF COUNSEL**

      I, MARY ANN BARNARD, hereby declare as follows:

      1.   That I am counsel for defendant, KEVIN PATRICK CASH, having been appointed under the Criminal Justice Act.

      2.   I declare that the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

      DATED:  Honolulu, Hawaii, _January 14, 2006_.

                                                  _/s/ Mary Ann Barnard_<br>
                                                  MARY ANN BARNARD<br>
                                                  ATTORNEY FOR DEFENDANT<br>
                                                  KEVIN PATRICK CASH