ORIGINAL

MARY ANN BARNARD  3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  571-5555 (pgr)
             942-0403

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS(03) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| | ) | DEFENDANT KEVIN PATRICK CASH'S |
| VIRGINIA M. ROSAS GUERRERO, | ) | JOINDER IN DEFENDANT ROBERT |
| (01) | ) | ALEXANDER SIGOUIN'S MOTION FOR |
| ROBERT ALEXANDER SIGOUIN (02) | ) | SEVERANCE; CERTIFICATE OF |
| KEVIN PATRICK CASH (03) | ) | SERVICE |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT KEVIN PATRICK CASH'S JOINDER IN
DEFENDANT ROBERT ALEXANDER SIGOUIN'S MOTION
FOR SEVERANCE**

    COMES NOW Defendant KEVIN PATRICK CASH, by and through
his counsel, MARY ANN BARNARD, and pursuant to Rules 8, 12, and
47 of the Federal Rules of Criminal Procedure, hereby  joins in
Defendant Robert Alexander Sigouin's Motion for Severance, filed

on December 16, 2005, which is scheduled for hearing before the
Honorable Leslie E. Kobayashi on Monday, February 6, 2006 at
10:30 a.m.

DATED:  Honolulu, Hawai'i, _January 14, 2006_ .

_Mary Ann Barnard_
MARY ANN BARNARD
ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following party on the _18th_ day of _January_ , 200_6_ by:

[ ] Placing in court jacket, [ ] mailing, [X] hand delivery:

_Mark A. Inciong, Esq._
Assistant United States Attorney
PJKK Federal Building
Room 6-100, 300 Ala Moana
Honolulu, HI 96813

[ ] Placing in court jacket, [ ] mailing, [ ] hand delivery:

Federal Pretrial Services
PJKK Federal Building
300 Ala Moana, 7th floor
Honolulu, HI 968613

[ ] Placing in court jacket, [ ] mailing, [ ] hand delivery:

_____

_____

_____

_____

_____


_Mary Ann Barnard_
Mary Ann Barnard