# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/13/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 05-00248JMS

CASE NAME:       USA v. (03) Kevin Patrick Cash

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  (03) Mary Ann Barnard

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    3/13/06                  TIME:       10:34 - 10:42

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not be Revoked as to (03) Kevin Patrick Cash.  Probation Officer David Kahunahana present.

Defendant admits to violating the Pretrial Release Order.

Bail to continue with the addition of the following conditions:
- Increased drug testing at Ho'omau Ke Ola (at least 2 times per week)
- Comply with UA testing through Pretrial Services
- Attend 2 self-help meetings (AA/NA) per day
- Comply with geographical restriction : do not leave the Leeward area except for legal and/or medical appointments
- Defendant to be shadowed by Ho'omau Ke Ola staff member or participant whenever attending treatment activities

Submitted by Richlyn Young, courtroom manager