# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00248JMS |
| CASE NAME: | USA v. (02) Robert Alexander Sigouin and (03) Kevin Patrick Cash |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (02) Glenn D. Choy, (03) Mary Ann Barnard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/23/06 | TIME: | 11:27 - 12 |

COURT ACTION:  EP: A & P to the Fourth Superseding Indictment as to (02) Robert Alexander Sigouin and (03) Kevin Patrick Cash - deft (02) Robert Alexander Sigouin present in custody.  Deft (03) Kevin Patrick Cash not present.

A & P as to (02) Robert Alexander Sigouin - arrn waived.  Plea of NOT GUILTY entered.  (11:42 - 11:46)

A & P as to (03) Kevin Patrick Cash continued to 3-24-06 @ 3 p.m., BMK.

Status Conference Re Mental Competency as to (02) Robert Alexander Sigouin - court finds deft competent to proceed in the case.  (11:27 - 11:31)

Motion for Leave for Defendant (02) Robert Alexander Sigouin to Proceed Pro Se - deft advised of right to counsel.  Deft waives right to counsel, but will accept stand by counsel.  Glenn Choy will serve as stand by counsel.  (11:31 - 11:42)

Motion for Severance as to (02) Robert Alexander Sigouin - continued to 3-24-06 @ 3 p.m., BMK.

Defendant (03) Kevin Patrick Cash's Motion for Severance of Defendants for Trial - continued to 3-24-06 @ 3 p.m., BMK.

Final Pretrial Conference as to (02) Robert Alexander Sigouin and (03) Kevin Patrick Cash - continued to 3-24-06 @ 3 p.m., BMK.

Status Conference Re (02) Robert Alexander Sigouin's Medical Situation set for 3-29-06 @ 2 p.m., BMK. FDC's prison attorney and doctor to be present.

As to (02) Robert Alexander Sigouin, the following motions are set for hearing on 4-21-06 @ 9 a.m. before Judge Michael Seabright, and the government's replies are due 4-17-06:

- Petition in Support of Mandatory Judicial Notices (filed 3-14-06)
- Regarding Discrimination in Connection With Segouin's 8th Amendment Motion (filed 2-28-06)
- Regarding Fabrication of Evidence by the FBI and Mark Inciong and Withholding of Evidence by the FBI (filed 2-6-06)
- Regarding Difficulty Getting Court Documents Notarized While at FDC (filed 2-6-06)
- Based on Eight Amendment Regarding His Tooth and Tumors (filed 1-30-05)
- Vindictive Prosecution (filed 1-30-05)


The following motions are DENIED. Court to prepare order:

- Regarding Government's Failure to Make a Decision on Sigouin's Mental Evaluation Motion (filed 2-27-06)
- Concerning Attorney Glenn Choy (filed 2-22-06)
- Termination of Counsel Richard Kawana (filed 1-5-06)


Jury Trial continued to 4-25-06 @ 9 a.m., JMS. (11:46 - 12)

Submitted by Richlyn Young, courtroom manager