MARY ANN BARNARD 3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAII 96823
PH: 942-0403
    571-5555 (pager)
ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00248 JMS 03) |
| Plaintiff, ) | |
| VS. ) | EX PARTE APPLICATION FOR |
| ) | INTERIM PAYMENTS FOR |
| ) | REPRESENTATION OF COUNSEL; |
| KEVIN PATRICK CASH, (03), ) | ORDER; DECLARATION OF COUNSEL; |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| ) | JUDGE:_____ |

EX PARTE APPLICATION FOR
INTERIM PAYMENTS FOR REPRESENTATION OF COUNSEL

Counsel for Defendant KEVIN PATRICK CASH, MARY ANN BARNARD, hereby applies to the Honorable Judge_____

for an order permitting counsel to submit an interim 6-month voucher for attorney fees covering the period July 8, 2005 through January 8, 2006 in the above-entitled case.

This application is brought pursuant to FRCP Rules 12 and 47, and 18 U.S.C. §3006A, and is based on the attached Declaration of Counsel, and any evidence that may be presented at any inquiry on this application.

DATED:    Honolulu, Hawaii    *March 24, 2006*.

_____
MARY ANN BARNARD
Attorney for Defendant
KEVIN PATRICK CASH


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

2