ORIGINAL

MARY ANN BARNARD   3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  942-0403
            571-5555 (pgr)

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     VS.<br><br>KEVIN PATRICK CASH, (03),<br><br>          Defendant. | CR. NO. 05-00248 JMS-BMK (03)<br><br>DEFENDANT KEVIN PATRICK CASH,<br>SUPPLEMENTAL PROPOSED JURY<br>INSTRUCTION; CERTIFICATE OF<br>SERVICE<br><br><br>TRIAL:   April 25, 2006<br>PTC:     April 17, 2006<br>TIME:    1:30 p.m.<br>JUDGE:   Barry M. Kurren |

**DEFENDANT KEVIN PATRICK CASH,**
**SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

The Defendant KEVIN PATRICK CASH, by and through Court-Appointed Counsel, MARY ANN BARNARD, hereby submits the attached supplemental proposed jury instruction.

Defendant respectfully requests leave of court to

submit further supplemental instructions as necessary.

DATED: Honolulu, Hawai'i, _April 15, 2006_.

_/s/ Mary Ann Barnard_
MARY ANN BARNARD
ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH