```
EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG    CA BAR #163443
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00248 JMS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S EXHIBIT LIST; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | Trial Date: April 25, 2006 |
| ROBERT ALEXANDER SIGOUIN, (2) ) | Time:   9:00 a.m. |
| KEVIN PATRICK CASH,        (3) ) | Judge:  Hon. J. Michael |
| ) |          Seabright |
| Defendants. ) | |
| _____) | |

GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter.

The United States expects to introduce the following exhibits in its case-in-chief, although it reserves the right to

change the order of these exhibits, substitute exhibits, add exhibits or omit one or more exhibits.

        DATED: April 18, 2006, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                            By /s/ Mark A. Inciong
                                MARK A. INCIONG
                                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| MARY ANN BARNARD, ESQ.<br>P. O. Box 235520<br>Honolulu, Hawaii 96823<br>Attorney for Defendant<br>KEVIN PATRICK CASH | April 18, 2006 |
| ROBERT ALEXANDER SIGOUIN<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | April 18, 2006 |

Served Electronically through CM/ECF:

| | |
|---|---|
| GLENN D. CHOY, ESQ.<br>choyhawaii@hawaiiantel.net | April 18, 2006 |

DATED: Honolulu, Hawaii, April 18, 2006.

/s/ M. Derby-Taufa'asau