## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following party on the 18th day of April, 2006 by:

[ ]   Placing in court jacket, [ ] mailing, [x] hand delivery:

    Mark Inciong, Esq.
    Assistant United States Attorney
    PJKK Federal Building
    Room 6-100, 300 Ala Moana
    Honolulu, HI 96813

[ ]   Placing in court jacket, [ ] mailing, [ ] hand delivery:

    Federal Pretrial Services
    PJKK Federal Building
    300 Ala Moana, 7th floor
    Honolulu, HI 968613

[x]   Placing in court jacket, [ ] mailing, [ ] hand delivery:

    Glenn D. Choy, Esq.

_____
Mary Ann Barnard