# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00248JMS-BMK |
| CASE NAME: | United States of America Vs. (03) Kevin Patrick Cash |
| ATTYS FOR PLA: | Mark A. Inciong and Agent Kapi Muraoka |
| ATTYS FOR DEFT: | (03) Mary Ann Barnard |
| INTERPRETER: | Miguel Saibene for Government Witness-Virginia Rosas Guerrero |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 4/26/2006 | TIME: | l0:26am-12:00 1:34pm-4:20pm |

COURT ACTION:  EP: Jury Trial as to Defendant (03) Kevin Patrick Cash-Defendant present not in Custody and 12 Jurors and 2 Alternate Jurors also present.

Jurors Sworn In.

Opening Statements on behalf of the Government-U.S.A. and the Defendant (03) Kevin Patrick Cash.

Government Witnesses-Special Agent Kapi Muraoka-CST and Virginia Rosas Guerrero-CST.

Exhibits-1 through 15, 15a, 16, 59 through 63-Admitted.

Further Jury Trial continued to 4/27/2006 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager