# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00248JMS-BMK

CASE NAME:       United States of America Vs. (03) Kevin Patrick Cash


ATTYS FOR PLA:   Mark A. Inciong and Agent Kapi Muraoka

ATTYS FOR DEFT:  Mary Ann Barnard

INTERPRETER:     Miguel Saibene-Interpreter for Government Witnesses

---

JUDGE:   J. Michael Seabright        REPORTER:   Sharon Ross

DATE:    4/27/2006                   TIME:       9:32am-12:10pm

---

COURT ACTION: EP: Further Jury Trial as to Defendant (03) Kevin Patrick Cash-Defendant present not in Custody and Also present 12 Jurors and 2 Alternate Jurors.

Government Witnesses-Virginia Rosas Guerrero-Resumed Witness Stand, Pete Diaz-CST, Mark Ariola-CST, Nill Savedge-CST, Andrew Scott Arnold-CST, Special Agent Kapi Muraoka-Recalled Witness, Griselda Perez Medina-CST and James Yuen-CST.

Exhibits-18 through 26, 28 through 31, 31a, 32, 34, 35, 64 and 65-Admitted.

Further Jury Trial continued to 4/28/2006 @ 9:15 a.m.

Submitted by Leslie L. Sai, Courtroom Manager