# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR. NO. 05-00248JMS-BMK

CASE NAME: United States of America Vs. (03) Kevin Patrick Cash

ATTYS FOR PLA: Mark A. Inciong and Agent Kapi Muraoka

ATTYS FOR DEFT: Mary Ann Barnard

INTERPRETER:

JUDGE: J. Michael Seabright          REPORTER: Sharon Ross

DATE: 4/28/2006                       TIME: 9:32am-ll:10am
                                             1:10pm-1:45pm
                                             2:15pm-2:45pm

COURT ACTION:  EP: Further Jury Trial as to Defendant (03) Kevin Patrick Cash-Defendant present not in Custody also present 12 Jurors and 2 Alternate Jurors.

Government Witnesses-Officer Jon Gyotoku-CST, Paul Charles Akeo, Jr.-CST, Gerald Lawson-CST and Special Agent Frank Okamura-CST

Exhibits-36 through 44 and 47 through 58-Admitted.

Government Rested.

10:58a.m.-11:10 a.m.-Defendant (03) Kevin Patrick Cash's Oral Motion for Judgment of Acquittal as to all Counts-Oral Argument Held.  Motion is hereby Denied.

2:15 p.m.-2:45 p.m.-Settling of the Jury Instructions-Defendant present not in Custody. Jurors are not present.  The Complete set of Jury Instructions that will be read to the Jurors on 5/2/2006 will be ready for Counsel to pick up on 5/1/2006 after 1:30 p.m.

Defendant will not put on a case and will rest on 5/2/2006.

Further Jury Trial for Instructing the Jurors and Closing Argument continued to 5/2/2006 @9:00 a.m.


Submitted by Leslie L. Sai, Courtroom Manager