ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| KEVIN PATRICK CASH, (3) | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed between the undersigned parties that the Ruger Blackhawk .357 caliber revolver (serial number 35-37849) and ammunition seized from the residence of Kevin Patrick Cash at 505 Kailua Road, Apartment A109, Kailua, Hawaii on May 29, 2005 was transported from one state to another or from a foreign country to the United States

and, thus, affected interstate commerce.

The parties further stipulate that the Ruger Blackhawk .357 caliber revolver (serial number 35-37849) was operational and functioning properly on May 29, 2005.

**IT IS SO STIPULATED.**

                                    EDWARD H. KUBO, JR.
                                    United States Attorney

Dated:    April 27, 2006            _____
                                    MARK A. INCIONG
                                    Assistant U.S. Attorney


Dated:    April 27, 2006            _____
                                    MARY ANN BARNARD
                                    Attorney for Defendant Cash




U.S. v. Cash
CR 05-00248 JMS
"Stipulation To Interstate Commerce"