ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 01 2006
at  12 o'clock and 09 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| KEVIN PATRICK CASH,    (3) | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed between the undersigned parties that:

At the sentencing hearing for Virginia Mercedes Rosas Guerrero on February 28, 2006, the United States requested that the applicable sentencing range for Ms. Guerrero be reduced from 70-87 months to 46-57 months based on her May 29, 2005

cooperation which resulted in the arrests and subsequent indictment of Robert Alexander Sigouin and Kevin Patrick Cash.

The sentencing court ultimately pronounced a sentence of 42 months for Ms. Guerrero.

During Ms. Guerrero's testimony earlier in this trial, she indicated that her sentence of 42 months was not the result of a reduction in her sentencing range.  While you may consider this as one factor in evaluating Ms. Guerrero's credibility, you should not assume that Ms. Guerrero lied or was being untruthful. Ms. Guerrero's statement may have simply been a lack of understanding of how her sentence was derived in what can be a complicated sentencing process.

**IT IS SO STIPULATED.**

EDWARD H. KUBO, JR.
United States Attorney

Dated:   April 28, 2006

MARK A. INCIONG
Assistant U.S. Attorney


Dated:   April 28, 2006

MARY ANN BARNARD
Attorney for Defendant Cash


U.S. v. Cash
CR 05-00248 JMS
"Stipulation Re: Guerrero Sentence"

2