# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/2/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:          CRIMINAL 05-00248JMS-03

CASE NAME:            United States of America vs. Kevin Patrick Cash

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:    Mary Ann Barnard

INTERPRETER:

JUDGE:    J. Michael Seabright          REPORTER:    Sharon Ross

DATE:      5/2/2006                     TIME: 9:00 - 9:10 10:00 - 12:00
                                              1:15 - 2:25

COURT ACTION:  Jury Trial: 5th day:

Defendant present with counsel Mary Ann Barnard.

Government rested.
Defendant rested.

Defendant's Renewed Oral Motion for Judgment of Acquittal DENIED.

Jury instructions read.

Governments opening argument.
Defendants final argument.
Governments rebuttal.

Jury Marshal sworn.

Alternate jurors excused but not discharged and admonished not to speak about this case.

Jury retired to deliberate (2:25 p.m.)

4:30 p.m. = Hearing held without the presence of the jury regarding "Note From The Jury" #1.  Court's response attached.

Further jury deliberation continued to May 3, 2006 at 9:00 a.m.
Submitted by:    Dottie Miwa, Courtroom Manager