# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00248JMS-03

CASE NAME:        United States of America vs. Kevin Patrick Cash

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   Mary Ann Bernard

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Sharon Ross

DATE:    5/3/2006                      TIME:       1:30 - 3:10

COURT ACTION:  Further Jury Deliberation:

Jury returned at 1:30 p.m. to resume further deliberation.

(2:55 jury returned with verdict)

As to Count 1 GUILTY (If you find KEVIN PATRICK CASH guilty as to Count 1, do you find beyond a reasonable doubt that the conspiracy as charged in the Indictment involved 100 grams or more of a mixture and substance containing a detectable amount of heroin - YES.

As to Count 3 GUILTY.
As to Count 4 GUILTY.
As to Count 5 GUILTY.

Jury polled.  Verdict unanimous.

Defendant referred for presentence investigation and report and sentencing set for Tuesday, September 5, 2006 at 2:15 p.m.

BAIL: Defendant remanded to the custody of the U. S. Marshals.
Submitted by:  Dottie Miwa, Courtroom Manager