ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | VERDICT FORM |
| vs. | ) | |
| | ) | |
| KEVIN PATRICK CASH,   (3) | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

VERDICT FORM

**COUNT 1:**

We, the jury, in the above entitled cause, find Defendant KEVIN PATRICK CASH:

_____ Not Guilty        ✓ Guilty

If you find KEVIN PATRICK CASH guilty as to Count 1, do you find beyond a reasonable doubt that the conspiracy as charged in the Indictment involved 100 grams or more of a mixture and substance containing a detectable amount of heroin.

✓ Yes        _____ No

**COUNT 3**:

    We, the jury, in the above entitled cause, find Defendant KEVIN PATRICK CASH:

\_\_\_\_ Not guilty        ✓ Guilty

**COUNT 4**:

    We, the jury, in the above entitled cause, find Defendant KEVIN PATRICK CASH:

\_\_\_\_ Not guilty        ✓ Guilty

**COUNT 5**:

    We, the jury, in the above entitled cause, find Defendant KEVIN PATRICK CASH:

\_\_\_\_ Not guilty        ✓ Guilty

    If you find the defendant not guilty as to count 5 or cannot reach a verdict on that count, answer the next question. If you find the defendant guilty of count 5, skip the next question and date and sign the verdict form.

As to the offense of possession of heroin, we, the jury, find the Defendant, Kevin Patrick Cash:

\_\_\_\_ Not guilty         \_\_\_\_ Guilty

DATED: Honolulu, Hawaii, **MAY 3, 2006**.

SIGNED: _____
                      FOREPERSON