_ORIGIN_ =

MARY ANN BARNARD   3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  942-0403
                571-5555 (pager)

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 8 2006

at __11__ o'clock and __14__ min. __X__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS-BMK |
| | ) | (03) |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | MOTION FOR DOWNWARD |
| | ) | DEPARTURE; MEMORANDUM OF |
| KEVIN PATRICK CASH, (03), | ) | LAW; EXHIBITS A-H; |
| | ) | DECLARATION OF COUNSEL; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | DATE:    September 5, 2006 |
| | ) | TIME:    2:30 p.m. 2:15 pm |
| | ) | JUDGE:   J. Michael |
| | ) | Seabright |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ ) | | |

## MOTION FOR DOWNWARD DEPARTURE

Defendant KEVIN PATRICK CASH, by and through Court-appointed counsel, MARY ANN BARNARD, moves the Honorable Judge J. MICHAEL SEABRIGHT to sentence him to no longer than the 5-year minimum term under 21 U.S.C. § 841(a)(b)(B)(viii), based on the history and characteristics of the Defendant under 18

U.S.C. § 3553 (a)(1) and the need for the sentence imposed. This motion is also made under the United States Sentencing Guidelines, Chapter 1, Pt. B, § 1B1.3, Chapter 3, Pt. 3, §3E1.1, and Chapter 5, Pt. K, the attached memorandum, the information contained in the presentence investigation and report, Exhibits A through H, and such additional evidence as may be adduced at a hearing on the merits.

DATED:  Honolulu, Hawaii, _August 18_____, 2006.


_____
MARY ANN BARNARD
ATTORNEY AT LAW


ATTORNEY FOR DEFENDANT