IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00248 JMS-BMK |
| ) | (03) |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| KEVIN PATRICK CASH, (03), ) | DECLARATION OF COUNSEL |
| ) | |
| Defendant. ) | |

I, MARY ANN BARNARD, hereby declare as follows:

1. That I am counsel for defendant, KEVIN PATRICK CASH, having been appointed under the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, _August 18, 2006_.

_/s/ Mary Ann Barnard_
MARY ANN BARNARD
ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH