REQUESTED BY:  MURAOKA, KAPI

O F F I C I A L   U S E   O N L Y

DEPARTMENT OF HOMELAND SECURITY
ICE

R E P O R T   O F   I N V E S T I G A T I O N

1. TECS ACCESS CODE

2. PAGE    1

3. CASE NUMBER

4. TITLE: PEREZ-MEDINA DRUG SMUGGLING ORGANIZATION.

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| | 051805 | 2 | 211 | 007 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   INVESTIGATIVE FINDINGS /  MEMO OF INTERVIEW

TOPIC: POST ARREST STATEMENT BY VIRGINIA MERCEDES ROSAS GUERRERO

14. SYNOPSIS:
On May 22, 2005, ICE agents and the DEA Hawaii Airport Task Force officers
arrested Griselda PEREZ MEDINA, America Maria SALOMON PEREZ, and Fermin MORAN
FLORES at the Honolulu International Airport (HNL) for a federal narcotics
violation, to wit: approximately 802.6 grams (total gross weight) of heroin.
On May 29, 2005, ICE agents and the DEA Hawaii Airport Task Force officers
also arrested ROSAS GUERRERO at HNL for a federal narcotics violation, to wit:
approximately 361 grams (gross weight) of heroin.

This report summarizes the post arrest statement made by ROSAS GUERRERO.

15. DISTRIBUTION:
SACHL ASCSY SACSD CAMX

16. SIGNATURE:
   MURAOKA        KAPI          SENIOR SPEC AGENT

17. APPROVED:
   OKAMURA        FRANK     M  OI GRP SUPERVISOR

18. ORIGIN OFFICE: HL
   HONOLULU, HI - SAC

19. TELEPHONE: 808 541 1382

20. TYPIST: MURAOKA

O F F I C I A L   U S E   O N L Y



000000018

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE    2 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

DETAILS OF INVESTIGATION:

On May 22, 2005, ICE agents and the DEA Hawaii Airport Task Force officers arrested Griselda PEREZ MEDINA, America Maria SALOMON PEREZ, and Fermin MORAN FLORES at the Honolulu Internationals Airport (HNL) for a federal narcotics violation, to wit: approximately 802.6 grams (total gross weight) of heroin. On May 29, 2005, ICE agents and the DEA Hawaii Airport Task Force officers also arrested ROSAS GUERRERO at HNL for a federal narcotics violation, to wit: approximately 361 grams (gross weight) of heroin.

On May 29, 2005 at approximately 11:35 p.m., CBP Officer Diaz provided ROSAS GUERRERO with a Miranda Rights form in Spanish and read it to her. Also present were SA Muraoka and SA Jones. At approximately 11:38 p.m., ROSAS GUERRERO signed the form voluntarily waiving her rights and agreeing to provide a statement to the LEOs.

(SUMMARY)
ROSAS GUERRERO claimed that she made over ten trips to Hawaii. She believed that she made one trip in December of 2004 and twice a month after that until her arrest on May 29, 2005. ROSAS GUERRERO departed from the airport either in Los Angeles or San Diego via ATA, Hawaiian Airlines, or Continental Airlines. Upon arrival to Hawaii, she always took a taxi to her hotel at the Ohana Maile, Ohana West, Reef Tower, or Waikiki Village. ROSAS GUERRERO admitted that she knew she was transporting drugs from Mexico to Hawaii on each trip, except the first trip. ROSAS GUERRERO carried the drugs in her crotch area. ROSAS GUERRERO claimed that the drugs were separated into two portions. A larger portion was purchased by "Bob LNU" (later identified as Robert Alexander SIGOUIN) for approximately $18,000 to $20,000 U.S. dollars, and a smaller portion was purchased by "Kevin LNU" (later identified as Kevin Patrick CASH) for approximately $2,000 to $4,000 U.S. dollars.

ROSAS GUERRERO met with SIGOUIN on every trip to Hawaii, and she met with CASH approximately six to eight times during her trips to Hawaii. ROSAS GUERRERO never made or received calls from SIGOUIN or CASH. All calls were coordinated through Ruby PEREZ (a Mexican national) for the meet times to exchange the drugs for money with SIGOUIN and CASH. Upon arrival to her hotel, she called Ruby PEREZ via direct connect on a cellular phone reporting the name of the hotel. Ruby PEREZ then contacted SIGOUIN and/or CASH to determine the time of meet, and she called ROSAS GUERRERO back with the times. ROSAS GUERRERO always met SIGOUIN in the lobby area and brought him to her room to conduct the exchange. ROSAS GUERRERO always met CASH at the Ala Moana Shopping Center and conducted the exchange in his truck.

(DETAIL)
In November of 2003, Claudia GUZMAN ECHEVERIA (ROSAS GUERRERO's co-worker from

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE    3 |
|---|---|
| | 2. CASE NUMBER |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | 3. REPORT NUMBER: |

the American Hotel in Tijuana in 2002) invited ROSAS GUERRERO to a birthday party for Griselda PEREZ MEDINA in Tijuana, Mexico.  At the party, ROSAS GUERRERO met Ruby PEREZ (Claudia's neice).  Ruby PEREZ is also the daughter of PEREZ MEDINA, and PEREZ MEDINA and GUZMAN ECHEVERIA are sisters.  ROSAS GUERRERO described Ruby PEREZ as approximately 26 years old; Mexican; fair; brown hair; brown eyes; short; thin; single with possibly a boyfriend.  Ruby PEREZ drives a silver Dodge Van with Mexican plates.

ROSAS GUERRERO also met Andrew "Andres" TORRES (her boyfriend) at the party. TORRES and Brad GUZMAN (GUZMAN ECHEVERIA's ex-husband) both worked at Circuit City in San Diego, California.  According to ROSAS GUERRERO, TORRES was born on November 22, 1983 in San Diego.  TORRES' cellular phone number is (619) 358-4456.  (ROSAS GUERRERO did not know TORRES home address.  ROSAS GUERRERO claimed that she wanted to visit TORRES at his home in San Diego, but his mother was upset at their age difference and never did.)  TORRES is currently studying architecture at a university in San Diego.

ROSAS GUERRERO also saw "Roberto LNU" at the party. ROSAS GUERRERO claimed that she did not have any conversations with him. ROSAS GUERRERO described Roberto LNU as in his 30's; Mexican; tall; thin; short black hair; and brown eyes.

In November of 2004, ROSAS GUERRERO told GUZMAN ECHEVERIA that she finally received her travel documents and that she can visit TORRES in San Diego.

(NOTE: Mexican Passport reflected an issuance date of November 8, 2004 and a CBP I-94A Departure Record reflected an admission to the United States on November 27, 2005 in San Ysidro, California.  Border Crossing Card issued on October 7, 2004, limits ROSAS GUERRERO's travel to 25 miles from the port of entry and for duration of 72 hours in the United States.)

GUZMAN ECHEVERIA informed Ruby PEREZ about ROSAS GUERRERO's receipt of travel documents.  GUZMAN ECHEVERIA provided ROSAS GUERRERO's personal cellular number (664) 165-3398 to Ruby PEREZ.  Ruby PEREZ then contacted ROSAS GUZMAN on her cell and requested to meet in person.  Ruby PEREZ asked if ROSAS GUERRERO would like to work for her picking up money.  Ruby PEREZ stated that she would pay ROSAS GUERRERO $1,500 in return.  ROSAS GUERRERO stated that she had to think about it.  Approximately three days later, Ruby PEREZ called ROSAS GUERRERO's cell and at that time ROSAS GUERRERO agreed to work for her. Ruby PEREZ then met with ROSAS GUERRERO in Tijuana.  Ruby PEREZ provided ROSAS GUERRERO with a cellular phone (that was lost several months ago), and taught her how to use the direct connect.

(FIRST TRIP TO HAWAII)

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

*hotel*
*wages*
*expenses*
*— transp*
*— meals*

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE    4 |
|---|---|
| ICE | |
| R E P O R T   O F   I N V E S T I G A T I O N | 2. CASE NUMBER |
| C O N T I N U A T I O N | 3. REPORT NUMBER: |

During the first or second week of December 2004, Ruby PEREZ drove ROSAS
GUERRERO across the San Ysidro port of entry to the Los Angeles International
Airport (LAX) via a gray Dodge van with Mexican license plates. Upon arrival
to LAX, Ruby PEREZ made travel arrangements and paid for ROSAS GUERRERO's
ticket to Hawaii. Ruby PEREZ also gave ROSAS GUERRERO approximately $300 to
$400 U.S. dollars for the taxi and hotel room.

ROSAS GUERRERO arrived at the Honolulu International Airport (HNL) at
approximately 12:00 p.m., got a taxi, and called Ruby PEREZ and TORRES on the
cell. ROSAS GUERRERO initially appeared at the Ohana Maile Sky Court located
at 2048 Kuhio Avenue; Honolulu, Hawaii, but there was no vacancy. A hotel
employee then referred ROSAS GUERRERO to the Ohana Reef Tower located at 227
Lewers Street; Honolulu, Hawaii. ROSAS GUERRERO then called Ruby PEREZ via
direct connect to inform her of the hotel name. Ruby PEREZ then called "Bob
LNU" (later identified as Robert Alexander SIGOUIN) relaying the name of the
hotel and requesting a time to meet. Ruby PEREZ then contacted ROSAS GUERRERO
via direct connect regarding time to meet SIGOUIN. ROSAS GUERRERO met with
SIGOUIN the same day at approximately 9:00 p.m. or 10:00 p.m. in the lobby,
and then brought him up to her hotel room. SIGOUIN gave ROSAS GUERRERO $5,000
U.S. dollars, and ROSAS GUERRERO counted the money on the bed. After SIGOUIN
left her room, ROSAS GUERRERO called Ruby PEREZ reporting the amount received.

Approximately two days later, ROSAS GUERRERO departed from HNL to LAX
concealing the money in her purse and crotch area. The money near her crotch
area was placed in a condom and tied with rubber bands. Upon arrival in LAX,
Ruby PEREZ picked up ROSAS GUERRERO in the same van. While in the vehicle,
ROSAS GUERRERO gave Ruby PEREZ the $5,000. Ruby PEREZ drove to ROSAS
GUERRERO's home in Tijuana. Ruby PEREZ then gave ROSAS GUERRERO $1,500 and
told her to keep the phone.

(A WEEK BEFORE HER ARREST)
On May 18, 2005, Ruby PEREZ called ROSAS GUERRERO either on the black cell
phone (Ruby's 619-827-5450) or the silver cell phone (ROSAS GUERRERO's
personal phone 664-165-3398) requesting to meet.

On May 20, 2005, TORRES picked up ROSAS GUERRERO in Tijuana and drove her
across the San Ysidro port of entry. ROSAS GUERRERO then exited his vehicle
and caught a bus to the Jack in the Box at the shopping center in San Ysidro.
ROSAS GUERRERO met with Ruby PEREZ and PEREZ MEDINA in the restroom of Jack in
the Box. ROSAS GUERRERO received the drugs and placed on her crotch area.
PEREZ MEDINA was in the next stall possibly doing the same thing. ROSAS
GUERRERO said that she has never traveled with PEREZ MEDINA, and that she last
saw her at the birthday party.

ROSAS GUERRERO observed Ruby PEREZ and PEREZ MEDINA walking towards a small

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE    5 |
|---|---|
| ICE | |
| | 2. CASE NUMBER |
| REPORT OF INVESTIGATION | |
| CONTINUATION | |
| | 3. REPORT NUMBER: |

white car with Mexican license plates.  ROSAS GUERRERO went to LAX via taxi.

On May 21, 2005, ROSAS GUERRERO arrived at HNL via ATA #4755. ROSAS GUERRERO called TORRES, and caught a taxi to the Ohana Malia Hotel. ROSAS GUERRERO called Ruby PEREZ and provided the hotel name.  Ruby PEREZ then called SIGOUIN to obtain a meet time.  Ruby PEREZ then called ROSAS GUERRERO to meet SIGOUIN at 1:30 p.m. in the lobby. ROSAS GUERRERO and SIGOUIN then went to her room to exchange the drugs for $18,000.  ROSAS GUERRERO counted the money on the bed, SIGOUIN left, and ROSAS GUERRERO called Ruby PEREZ relaying the amount.

Ruby PEREZ instructed ROSAS GUERRERO to meet with CASH (time unknown). ROSAS GUERRERO sat on the bench outside of Sears near the Old Navy.  CASH arrived in a multi-colored truck with racks, picked up ROSAS GUERRERO, and drove her to the hotel.  They both went to her room, where CASH paid Ruby PEREZ $3,500.

On May 23, 2005, ROSAS GUERRERO departed HNL to LAX.  Ruby PEREZ picked up ROSAS GUERRERO in LAX and drove her to Tijuana in the same van.

(LAST TRIP TO HAWAII)
On May 25, 2005, Ruby PEREZ called ROSAS GUERRERO on the direct connect and said, "Can you go again?  Bob and Kevin are out." (ROSAS GUERRERO claimed that she knew it was relating to drugs.) ROSAS GUERRERO agreed to make another trip.

On May 27, 2005, TORRES drove ROSAS GUERRERO to Ruby PEREZ's home in Tijuana. Ruby PEREZ stated that her mom "Griselda PEREZ" got arrested in Hawaii, but not to worry about that.  Ruby PEREZ then mentioned that Griselda worked for "Roberto LNU" (the same individual ROSAS GUERRERO met at PEREZ MEDINA's birthday party).

On May 28, 2005 at 6:00 p.m, Ruby PEREZ gave the drugs to ROSAS GUERRERO in Tijuana. ROSAS GUERRERO walked across San Ysidro port of entry, and went from San Ysidro to LAX via taxi. ROSAS GUERRERO stayed over night at the Best Western near the airport, and rode the shuttle bus the following morning back to LAX.  On a couple of occasions, ROSAS GUERRERO arrived in Los Angeles a day before her departure to Hawaii.  Therefore, she stayed over night at the Best Western or Motel 6 near the airport.  On this last trip to Hawaii, Ruby PEREZ gave ROSAS GUERRERO approximately $800.00 in cash for spending money.

On May 29, 2005, ROSAS GUERRERO was arrested at HNL for smuggling drugs from Hawaii to Mexico.

ROSAS GUERRERO claimed that she never carried the drugs or money internally, and that she always traveled by herself to Hawaii. ROSAS GUERRERO claimed that

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

O F F I C I A L   U S E   O N L Y

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    6<br><br>2. CASE NUMBER<br><br>3. REPORT NUMBER: |

TORRES has never been to Hawaii, because he is afraid to fly.

At approximately 6:00 p.m., upon returning to the HATF office after Kevin Patrick CASH's arrest, ROSAS GUERRERO requested to speak to an attorney. The interview was subsequently terminated.  Investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR

000000023