REQUESTED BY:  MURAOKA, KAPI

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. TECS ACCESS CODE |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | 2. PAGE   1 |
| | 3. CASE NUMBER |

4. TITLE: PEREZ-MEDINA DRUG SMUGGLING ORGANIZATION.

5. CASE STATUS:   INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 061005 | 051805 | 2 | | |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS /  MEMO OF INTERVIEW

TOPIC: ARREST OF KEVIN PATRICK CASH AT ALA MOANA SHOPPING CENTER

14. SYNOPSIS:

On May 29, 2005, the SAC/HL and the DEA Hawaii Airport Task Force (HATF) conducted an encounter with Virginia ROSAS-GUERRERO, which resulted in the discovery of approximately 361 grams of heroin.

On the same day, a controlled delivery was attempted at the Ala Moana Shopping Center located in Honolulu, Hawaii.  Kevin CASH was arrested when he attempted to pick up heroin from ROSAS-GUERRERO.  Approximately 27 grams of heroin, approximately 24 grams of methamphetamine and $2,200 were seized from CASH.

| 15. DISTRIBUTION: SACHL ASCSY SACSD CAMX | 16. SIGNATURE: MARCELENO   STEVEN   J  SENIOR SPEC AGENT |
|---|---|
| | 17. APPROVED: OKAMURA   FRANK   M  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: HL HONOLULU, HI - SAC | 19. TELEPHONE: 808 237 4823 |
| | 20. TYPIST: MURAOKA |

O F F I C I A L   U S E   O N L Y

Exhibit B

000000059

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE    2 |
|---|---|
| | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

DETAILS OF INVESTIGATION:

On May 29, 2005, the SAC/HL and the DEA Hawaii Airport Task Force (HATF) conducted an encounter with Virginia ROSAS-GUERRERO, which resulted in the discovery of approximately 361 grams of heroin. ROSAS-GUERRERO agreed to cooperate with law enforcement and assist in a controlled delivery.

On the same day, a controlled delivery was attempted at the Ala Moana Shopping Center located in Honolulu, Hawaii. ROSAS-GUERRERO made arrangements through the source of the heroin, RUBY (later identified as Ruby PEREZ, telephone numbers: 664-176-7983, 664-122-8451 and push to talk 126*725*12474), to deliver the heroin to Kevin CASH. At approximately 5:40 PM, the officers observed CASH in his vehicle in the parking lot of Ala Moana Shopping Center. SAC/HL Special Agent (SA) Marc Mato approached CASH on the driver side door. SAC/HL SA Deedee Apana Yabuta, SAC/HL Group Supervisor (GS) Frank Okamura, who approached from the passenger side door, and DEA HATF Task Force Officer (TFO) Russell Woodward blocked CASH's vehicle and assisted SA Mato with arresting CASH. CASH and his vehicle were searched incident to arrest. During the search, SA Mato discovered approximately 27 grams of heroin, about 24 grams of methamphetamine and $200 on CASH's person. TFO Woodward discovered approximately $2,000 in an envelope in CASH's vehicle.

CASH was transported back to the HATF office at the Honolulu International Airport. At approximately 7:05 PM, GS Okamura, DEA GS James Yuen and TFO Woodward began to interview CASH. At approximately 7:13 PM, GS Yuen read CASH's Miranda Rights to him from a DEA Miranda Rights form. CASH also read the form as GS Yuen explained his rights to him. CASH stated that he understood his rights and signed the form consenting to speak to the officers without an attorney. During the interview, CASH made the following statements:

CASH stated that he went to the Ala Moana Shopping Center to pick up two pieces (Note: a piece is normally one ounce or 25  28 grams) of heroin from ROSAS-GUERRERO. CASH met the source of the heroin about 3 months ago and knows her only as "RUBY" (Ruby PEREZ). CASH described PEREZ as a Mexican female about 5'6" to 5'7", fair complexion and pregnant. CASH picked up heroin from PEREZ once in February or March 2005. This was the first time he had purchased heroin from PEREZ. CASH paid $2,000 an ounce for the heroin. He has since picked up heroin from the woman he was going to meet at the Ala Moana Shopping Center six to seven times. CASH was shown a photograph of ROSAS-GUERRERO whom he identified as the woman he had picked up heroin from before and was going to meet at the shopping center. CASH had picked up heroin from ROSAS-GUERRERO the week before and had paid her $3,500. CASH was shown a picture of Robert SIGOUIN whom he identified as "BOB" and as a drug dealer. CASH stated that he used to purchase heroin from SIGOUIN, but had not

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE   3 |
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

purchased from him in about a year.  CASH also told the officers that he had a .357 magnum revolver in his house.  Cash illegally purchased the revolver from a guy on the street and he did not register the weapon with the State of Hawaii.

The officers asked CASH if he would consent to a search of his residence located at 505 Kailua Road, Apt #A109, Kailua, HI 96734.  CASH agreed to grant consent to search his home, but wanted to talk to his wife before the officers searched.  The officers agreed to allow CASH to talk to his wife in person once they arrived at the residence.

GS Okamura, GS Yuen and SAC/HL SA Steven Marceleno began to transport CASH to his residence to speak with his wife.  Half way to the vehicle, CASH stated that he thought he would need an attorney.  The officers began to walk CASH back to the office when he asked if he could call his wife before the officers went to his residence.  GS Okamura explained to CASH that he needed to decide if he wanted an attorney or not.  GS Okamura also told CASH that if he felt he needed an attorney, they would not continue to work with CASH until he was appointed an attorney.  CASH stated that he wanted to cooperate with the officers, but wanted to speak to his wife before the officers searched the residence because he knew she would be mad at him and he wanted her to agree to the search as well.  GS Okamura told CASH that he would be allowed to speak to his wife in person prior to the search.  CASH agreed to this condition and stated that he wanted to cooperate.

When the officers arrived in Kailua, they contacted CASH's wife, Geraldine CASH (a.k.a. Jerry) by telephone and met her in the Foodland parking lot, next to McKenna Ford Dealership, in Kailua.  CASH was allowed to speak to his wife, who agreed to allow the officers to search their residence.

While officers searched the residence, GS Okamura and SA Marceleno continued to interview CASH.  CASH made the following statements:

CASH has been using heroin for approximately ten years.  He uses about one gram a day.  He started selling heroin to pay for his addiction about five years ago.  He purchases the heroin for $80 per gram and sells it for $140 per gram.  CASH met PEREZ approximately three months ago and purchased heroin from her once at that time.  Brian NAGUCHI (spelled phonetically) introduced CASH to PEREZ.  CASH had picked up heroin from ROSAS-GUERRERO approximately six to seven times.  CASH last purchased heroin from SIGOUIN about one year ago.  CASH heard that SIGOUIN was selling a lot of heroin, but thought that the money to purchase the heroin was coming from someone else.  CASH stated that SIGOUIN resided in the Hawaii Kai area.  CASH also heard that Peter HANSEN (spelled phonetically) was purchasing heroin from the same Mexican group that he was buying from.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

000000061

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE 4 |
| ICE | |
| | 2. CASE NUMBER |
| REPORT OF INVESTIGATION | |
| CONTINUATION | 3. REPORT NUMBER: |

     The interview was terminated and CASH was taken to Queen's Medical
Facility for a medical screening.  CASH was then taken to the Federal
Detention Facility and held overnight.

     On May 31, 2005, CASH was taken to the Federal courthouse, located at
300 Ala Moana Blvd, Honolulu, Hawaii, for his Initial Appearance.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR

000000062