
```
REQUESTED BY:  MURAOKA, KAPI
                         OFFICIAL USE ONLY
```

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>ICE | 1. | |
| REPORT OF INVESTIGATION | 2. PAGE 1 | |
| | 3. CASE NUMBER | |

4. TITLE: PEREZ-MEDINA DRUG SMUGGLING ORGANIZATION.

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 061005 | 051805 | 2 | | |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS /   SEARCH WARRANT REPORT /

TOPIC: CONSENSUAL SEARCH OF KEVIN CASH'S RESIDENCE IN KAILUA, HI

14. SYNOPSIS:
On May 29, 2005, at approximately 2125 hours, the Kailua, Hawaii residence of Kevin Patrick CASH and Geraldine FERNANDEZ CASH was searched subsequent to Kevin Patrick CASH'S arrest earlier that day for federal narcotics violations. As a result of the search, firearms, ammunition, small amounts of heroin, drug paraphernalia, and miscellaneous documents were seized from the residence. This report of investigation details the seizure of items from CASH'S residence and the events leading up to the search.

15. DISTRIBUTION:
SACHL ASCSY SACSD CAMX

16. SIGNATURE:
YABUTA APANA    NOREEN    D    SPECIAL AGENT

17. APPROVED:
OKAMURA    FRANK    M    OI GRP SUPERVISOR

18. ORIGIN OFFICE: HL
HONOLULU, HI - SAC

19. TELEPHONE: 808 237 4822

20. TYPIST: MURAOKA

OFFICIAL USE ONLY



Exhibit C

000000063

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE  2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

DETAILS OF INVESTIGATION:

On May 29, 2005, at approximately 2125 hours, the Kailua, Hawaii residence of Kevin Patrick CASH and Geraldine FERNANDEZ CASH was searched subsequent to Kevin Patrick CASH'S arrest earlier that day for federal narcotics violations. As a result of the search, firearms, ammunition, small amounts of heroin, drug paraphernalia, and miscellaneous documents were seized from the residence. This report of investigation details the seizure of items from CASH'S residence and the events leading up to the search.

On May 29, 2005, Virginia Mercedes ROSAS GUERRERO, a Mexican national who traveled from Mexico to Hawaii was arrested by SAC HL agents and DEA/Hawaii Airport Task Force officers (DEA/HATF) at the Honolulu International Airport for federal narcotics violations. Approximately 361 grams of heroin was seized from ROSAS GUERRERO. ROSAS GUERRERO cooperated with ICE and DEA/HATF and stated that she would meet with a local male named Kevin (later identified as Kevin Patrick CASH) on a bench near the Sears and Old Navy at Ala Moana Shopping Center in Honolulu. ROSAS GUERRERO stated that she has met with CASH on six to eight previous occasions at that location since she began bringing drugs into Hawaii in December 2004.

On May 29, 2005, at approximately 1745 hours, a controlled delivery was conducted at Ala Moana Shopping Center, Honolulu, Hawaii by SAC Honolulu and DEA/HATF. As a result of the controlled delivery, Kevin Patrick CASH, a resident of Oahu, DOB 10/08/1956 was arrested while attempting to meet ROSAS GUERRERO to exchange money for heroin. CASH was charged with violation of Title 21, USC, Sections 841(a)(1) and 841(b)(1)(B) and 846. Approximately $2,200 in U.S. currency and small of amounts of heroin and methamphetamine was seized from CASH during the arrest.

According to the Hawaii Criminal Justice Data System, (CJIS), CASH has been convicted in Hawaii for Narcotic Drug Offense, Burglary, Larceny, Criminal Trespass, and Criminal Contempt of Court (five convictions) between 1975 and 1995.

On May 29, 2005, at approximately 1920 hours, CASH was advised of his rights per Miranda and signed a Statement of Rights and Waiver. CASH agreed to cooperate without an attorney. During the interview, CASH admitted that he has been a heroin user for more than ten years and that the heroin he was attempting to buy from ROSAS-GUERRERO was for his personal use and for distribution. CASH also stated that he had firearms at his residence, which he said was kept in his bedroom closet. CASH also relayed that he bought the .357 Ruger on the street. CASH also said he had a small amount of heroin in

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

000000064

```
                        OFFICIAL USE ONLY
┌─────────────────────────────────────────┬─────────────────────────┐
│  DEPARTMENT OF HOMELAND SECURITY        │ 1. PAGE    3            │
│               ICE                       │                         │
│  REPORT OF INVESTIGATION                │ 2. CASE NUMBER          │
│       CONTINUATION                      │                         │
│                                         │ 3. REPORT NUMBER:       │
└─────────────────────────────────────────┴─────────────────────────┘
```

his bedroom. At approximately 2015 hours, while still at the DEA/HATF office at the Honolulu Airport, CASH consented to a search of his residence located at 505 Kailua Road, Apartment A109, Kailua, Hawaii.

At approximately 2030 hours, CASH was transported to his residence by DEA Group Supervisor (GS) James Yuen, ICE Group Supervisor Frank Okamura, and Senior Special Agent Steven Marceleno. At approximately 2121 hours, GS Yuen telephonically contacted Geraldine FERNANDEZ CASH, Kevin CASH'S wife and asked her to meet him at the Kailua Foodland parking lot concerning her husband. Shortly thereafter, GS Yuen met Geraldine FERNANDEZ CASH at the Kailua Foodland parking lot and advised her that Kevin Patrick CASH was under arrest and to discuss the search of their residence. FERNANDEZ CASH said she had no problem with agents searching her residence and would meet the agents at the residence.

On May 29, 2005, at approximately 2125 hours, Kevin Patrick CASH and Geraldine FERNANDEZ CASH signed Consent to Search (DEA form 88) for their residence located at 505 Kailua Road, Apartment A109, Kailua, Hawaii. Both CASH and his wife were present during the search. The following agents conducted the search of CASH residence: DEA GS James Yuen, ICE GS Frank Okamura, SSA Steven Marceleno, SA Bruce Law, SSA Byron Tanaka, SA Chuck Akeo, SSA DeeDee Apana Yabuta, SSA Jerry Nolan, and SA Ed Feeley. CASH cooperated and told Agents that the guns were in his black leather jacket located in his master bedroom closet. The closet is located on the right side of the bed approximately two feet away. CASH also told Agents that the heroin was located in a pencil sharpener on a desk in his master bedroom.

Pursuant to the search, Agents seized the following items:

1. One Ruger Blackhawk .357 revolver, serial number 35-378 was discovered in CASH'S black leather jacket in CASH'S master bedroom closet by SSA Marceleno.
2. One Ruger Single S.x .22 revolver, serial number 63-80850 was discovered in CASH'S black leather jacket in CASH'S master bedroom closet by SSA Marceleno.
3. One Winchester Model 72 .22 rifle found in CASH'S master bedroom closet was discovered by SA Law.
4. One Winchester Model 190 .22 rifle found in CASH'S master bedroom closet was discovered by SA Law.
5. A total of 200 rounds of .22 caliber, .25 caliber, and 10 mm of ammunition found in CASH'S master bedroom closet was discovered by SSA Marceleno.
6. A small amount of heroin found in a pencil sharpener on the desk in CASH'S master bedroom by GS Frank Okamura.
7. Miscellaneous documents found on the desk in CASH'S bedroom by GS Frank Okamura.

                         OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE   4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

8. A glasses case containing a glass pipe with white residue and small amount of drugs found on the desk in CASH'S bedroom by GS Frank Okamura.
9. An Altoids can containing balloons found on the desk in CASH'S bedroom by GS Frank Okamura.

A sketch of the residence was made by SA Bruce Law. Photos of the evidence were taken by SA Chuck Akeo.

On this same date, at approximately 2230 hours, the search was terminated. SSA Apana Yabuta maintained the chain of custody of all seized items on DEA form 12. SSA Apana Yabuta turned over all items to DEA GS James Yuen. No registration information on the Ruger Single Six and the rifles were found and the .357 Blackhawk Ruger, serial number 35-378 was reported stolen in NCIC. Kevin Patrick CASH remains in federal custody.

Investigation continues.
OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR