FILED
1978 NOV 28 AM 11: 46
Y. BABA
CLERK

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII ) | CR. NO. 51415 |
| ) | |
| vs. ) | ORIGINAL CHARGE: |
| ) | |
| KEVIN PATRICK CASH, ) | BURGLARY IN THE FIRST DEGREE |
| ) | |
| ) | (HPD NO. G-72651 ) |
| Defendant. ) | |
| ) | JUDGMENT; NOTICE OF ENTRY |

### JUDGMENT

The above-named Defendant having ~~entered a plea of Guilty to~~ (after trial been found Guilty of) BURGLARY IN THE FIRST DEGREE

IT IS ADJUDGED that KEVIN PATRICK CASH the Defendant above-named, has been convicted of and is guilty of the offense of BURGLARY IN THE FIRST DEGREE

It appearing to the satisfaction of the Court that the ends of justice and the best interests of the public as well as of the Defendant will be subserved thereby, IT IS THE JUDGMENT AND SENTENCE of the Court that the Defendant be and hereby is placed on probation, commencing as of the date hereof, for a period of FIVE (5) year(s), unless sooner discharged by order of the Court; upon condition, however, that the Defendant comply with all the terms and conditions of probation set forth in the "Terms and Conditions of Probation" attached hereto and made a part hereof.

IT IS ORDERED that copies of this Judgment be delivered to the Adult Probation Division of this Court; that a probation officer of this Court take charge of and have supervision of said Defendant and instruct said Defendant regarding the terms and conditions of probation, and that said probation officer furnish said Defendant a copy of this Judgment.

Dated: Honolulu, Hawaii, November 28, 1978

Exhibit D


Clerk, Circuit Court, First Circuit, State of Hawaii

## TERMS AND CONDITIONS OF PROBATION

IT IS THE ORDER OF THE COURT that during your term of probation, you ____KEVIN PATRICK CASH_____ shall comply in all respects with the following terms and conditions:

1. You must obey all laws and follow all lawful and reasonable instructions which are given to you by your probation officer.

2. You must report as directed by your probation officer.

3. You must report any change of address or change of employment within 48 hours.

4. You must not leave the island of Oahu at any time without first obtaining permission from your probation officer.

5. You must permit your probation officer to visit your home and place of employment at all reasonable times.

6. Your further special conditions of probation are as follows:

   a. That you make restitution of $25.00 to the victim, with the manner of payment to be determined by the Adult Probation Division.

   b. That you shall remain in the Honolulu Job Resource Center's vocational program until you satisfactorily complete it.

If your whereabouts become unknown to your probation officer because of your failure to keep him informed, the Court may order your arrest. Any failure by you to comply with all of the terms and conditions of probation will mean that the Court can revoke your probation and sentence you to prison, or change or add to the terms of probation.

------------------------------------------------

The foregoing terms and conditions of probation have been explained to me and I fully understand them and agree to abide by them in every way.

Date:_____   _____
                                                    Defendant

Witnessed by:_____

Interpreted by:_____

## NOTICE OF ENTRY

The foregoing judgment has been entered and notice thereof mailed or delivered to each party.

Dated: Honolulu, Hawaii, November 28, 1978

*Rose Sen*
Clerk, First Division

DEPARTMENT OF THE PROSECUTING ATTORNEY
City and County of Honolulu
1164 Bishop Street
Honolulu, Hawaii
Ph: 523-4514, -4515, -4516

Indictment Presented
and filed at

2-55 PM JUN 7 1978

C. M. Kajimura
Clerk

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII | CR. NO. 51415 |
| v. | BURGLARY IN THE FIRST DEGREE (§ 708-810(1)(c), H.R.S.) |
| KEVIN PATRICK CASH, | INDICTMENT |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about the 16th day March, 1978, in the City and County of Honolulu, State of Hawaii, KEVIN PATRICK CASH did intentionally and unlawfully enter into or remain in a building, to wit, the residence of Leona Beatovich, situated at 519 Kaimake Loop, with intent to commit therein a crime against a person or property rights and in the course of committing the offense did recklessly disregard the risk that the building was the dwelling of another, thereby committing the offense of Burglary in the First Degree in violation of Section 708-810(1)(c) of the Hawaii Revised Statutes.

_____
Deputy Prosecuting Attorney
City and County of Honolulu

A TRUE BILL

_____
Foreman

I do hereby certify that this is a full, true, and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit, State of Hawaii

SET 2 - 000000001

CR NO 51415

# In the Circuit Court of the First Circuit
## State of Hawaii

HONORABLE    TOSHIMI SODETANI, FIRST    JUDGE PRESIDING

Cr No. 51415
PART OF THE RECORD

STATE OF HAWAII

vs

KEVIN PATRICK CASH,

Defendant.

REC'D October 4, 1978
3:50 PM
Elaine Nikaido
CLERK

VERDICT

BURGLARY IN THE FIRST DEGREE

WE the JURY, in the above entitled cause, find the Defendant guilty as charged.

_____
Foreperson
3:25 P.M.

I do hereby certify that this is a full, true, and correct copy of the original on file in this office pursuant to Section 92-30, Hawaii Revised Statutes.

Clerk, Circuit Court, First Circuit, State of Hawaii

Honolulu, Hawaii
October 4, 1978

SET 2 - 000000002