PHOTO LOG OF DEFENDANTS AND SEARCH AT
505 KAILUA ROAD #A-109; KAILUA, HAWAII 96734

| PHOTO# | DESCRIPTION | LOCATION | PHOTO BY |
|---|---|---|---|
| | **DEFENDANTS:** | | |
| 1 | Virginia Mercedes ROSAS GUERRERO | N/A | DEA |
| 2 | Robert Alexander SIGOUIN | N/A | DEA |
| 3 | Kevin Patrick CASH | N/A | DEA |
| | **ROSAS GUERRERO'S ARREST AT HNL:** | | |
| 4a-4e | Brown substance wrapped in plastic with several condoms and brown tape | On Person | DEA |
| | **KEVIN CASH'S RESIDENCE (MASTER BEDROOM) 505 KAILUA RD #A-109; KAILUA, HAWAII 96734:** | | |
| 5 | CASH's desk | MB | AKEO |
| 6 | Zip lock bags with residue in box | Desk | AKEO |
| 7a | Pencil sharpener on desk | Desk | AKEO |
| 7b-7d | Black tar substance in small zip lock inside a round covered tin | Desk | AKEO |
| 7b-7d | Small zip lock with white powder and tin foil with white powder | Desk | AKEO |
| 8a-8b | Glass pipe with residue and zip lock bag with white crystalline substance in black Ray Ban eyeglass case | Desk | AKEO |
| 9 | Balloons in Altoids mint container | Desk | AKEO |
| 10 | Misc doc with phone numbers | Desk | AKEO |
| 11 | CASH's closet | MB | AKEO |
| 12 | Revolvers, Rifles, Ammunition | Closet | AKEO |
| 13 | Black leather jacket with 2 revolvers | Closet | AKEO |
| 14 | Ruger Blackhawk .357 Revolver Serial# 35-37849 | Blk Leather Jacket in Closet | AKEO |
| 15 | Ruger Single Six .22 Revolver Serial# 63-80854 | Blk Leather Jacket in Closet | AKEO |
| 16 | Cap & Ball Revolver (Returned on 6/10/05 to Geraldine Cash/Spouse) | Closet | AKEO |
| 17 | Cap & Ball Revolver (Returned on 6/10/05 to Geraldine Cash/Spouse) | Closet | AKEO |
| 18 | Inert Hand Grenade | Closet | AKEO |

Exhibit F

000000404

## PHOTO LOG OF DEFENDANTS AND SEARCH AT
## 505 KAILUA ROAD #A-109; KAILUA, HAWAII 96734

| | | | |
|---|---|---|---|
| 19 | Winchester Model 72 .22 Rifle | Closet | AKEO |
| 20 | Winchester Model 190 .22 Rifle | Closet | AKEO |
| 21a-21f | 200 Rounds of .22 cal, .25 cal, 10 mm ammo | Closet | AKEO |

*All photos taken on Sunday, May 29, 2005.
Photos at CASH's residence taken by ICE Special Agent Paul Akeo during a Consensual Search



11



12

000000420



13

000000421



14



15