

16



17



18



19

000000427



20

000000428



21a



21b



21c



21d



21e



21f