

# Ho'omau Ke Ola

*"to perpetuate life as it was meant to be"*

P.O. Box 837 • Wai'anae, Hawai'i 96792-0837 • (808) 696-4266 Business
(808) 696-3661 Fax

## LETTER OF DISCHARGE

Date: 04/20/06

To: Federal Attorney Mary-Ann Barnard

Fax #: None

mailing address:
P.O. Box 235520
Honolulu, HI 96823

Re: Kevin P. Cash

Dear Ms. Barnard

This letter is to inform you that the above named clients has:

( ) Completed treatment and was clinically discharged from Ho'omau Ke Ola's Residential Program on _____.

( ) Completed treatment and was clinically discharged from Ho'omau Ke Ola's Day Treatment Program on _____.

(X) Completed treatment and was clinically discharged from Ho'omau Ke Ola's Outpatient Program on 04/20/06.

( ) Completed treatment and was clinically discharged from Ho'omau Ke Ola's Relapse Prevention Group on _____.

( ) Failed to complete treatment and was discharged fro Ho'omau Ke Ola's *(Residential Program/ Day Treatment/Outpatient Program/Relapse Prevention Group)* on _____ for the following reasons: _____

If I can be of further assistance, please feel free to contact me at the following number: (808)-696-4266 Ext. 223

Sincerely,

Sarah-Ann L. Lindsey, CSAC
Counselor

Rev. 7/2005

CONFIDENTIAL-This information has been provided to you from records whose confidentiality is protected by Federal Law. Federal Regulations 42 CFR and HIPAA prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

Exhibit G



# Ho'omau Ke Ola

February 03, 2006

*"to perpetuate life as it was meant to be"*

P.O. Box 837 • Wai'anae, Hawai'i 96792-0837 • (808) 696-4266 Business
(808) 696-3661 Fax

**To:** Federal Court

**Re:** **Kevin Patrick Cash**
**SS#:** 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

Your Honor,

This is to verify that **Kevin Cash** has been fully engaged and compliant throughout his treatment program which began on October 03, 2005. Currently this client is still involved in services with our Intensive Outpatient Program, resides in our therapeutic clean & sober men's house, attends 5 to 7 12-Step meetings weekly, has a home group, sponsor and sobriety pack and receives total support from his wife and family along with we here at Ho'omau Ke Ola.

Mr. Cash has accumulated several months of "total abstinence," has been negative on weekly urinalysis testings, and is compliant to all phases of his treatment and personal recovery principles.

We hope that this verification will help in any favorable decisions aimed at supporting Mr. Cash's lifestyle changes now in place.

If you have any questions, please feel free to call me at 696-4266, ext. 223.

Respectfully,

Sarah-Anna L. Lindsey, CSAC
Certified Substance Abuse Counselor
Ho'omau Ke Ola Outpatient Services

CONFIDENTIAL -- This information has been provided to you from records whose confidentiality is protected by Federal Law. Federal Regulations 42 CFR Part 2 and HIPAA prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

Rev: 11/04



# Ho'omau Ke Ola

*"to perpetuate life as it was meant to be"*

P.O. Box 837 • Wai'anae, Hawai'i 96792-0837 • (808) 696-4266 Business
(808) 696-3661 Fax

December 9, 2005

Dear Honorable Judge Seabright:

On October 3, 2005, Kevin Cash entered Ho 'omau Ke Ola residential program for substance abuse/addiction treatment. Since then he has actively participated in weekly group and individual psychotherapy and therapeutic milieu. The staff at Ho 'omau Ke Ola has noted a progressive improvement in Kevin's appearance and demeanor. During Kevin's initial adjustment, staff often observed him isolating from peers and staff. He, nevertheless, demonstrated a willingness to work the program and in the process became more involved with his peers. As senior client, he has taken an active role in facilitating the initial adjustment of new clients to the program. There is no doubt that Kevin has come along way in his recovery in three short months.

Throughout Kevin's treatment, he attended between three and five N.A. meeting per week along with his fellow residents. He has persistently voiced a desire to maintain a life-style free from all mind-altering substances. Kevin earned increasing privileges as he completed graduated tasks that moved him through the level system. He is currently on Level III, the highest level in our program. While on Level II and III, he earned family-day visits from his wife every Saturday. On Level III, Kevin earned three eight-hour passes on three consecutive Saturdays and one eight-hour-pass that allowed him to visit his physician following a court date. Kevin also visited his wife in Kailua, while on pass, and this appeared to enhance his commitment to recovery. He has produced a clean UA upon each prompt return.

Kevin is currently scheduled to transfer to our intensive outpatient program, which is a sixteen-week program that meets Monday, Tuesday, and Friday from 9:00 a.m. to 12:00 noon. He hopes to return home to his wife in Kailua and commute to treatment. Kevin also understands that the court may not permit this and has stated that he is also resigned to the possibility of living in a Ho 'omau Ke Ola clean and sober home that is available in Makaha.

Sincerely yours,

John J. Connolly, M.A., Program Director

CONFIDENTIAL-This information has been provided to you from records whose confidentiality is protected by Federal Law. Federal regulation (42 CFS Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose