| Client | | | | Dct. number | Attorney | | Date opened | Date closed |
|---|---|---|---|---|---|---|---|---|
| Charges | | | | Ct number | ☐ JUV ☐ FAM | ☐ IC ☐ TRAF | ☐ FEL ☐ APP ☐ MISD ☐ PC | ☐ PLS ☐ OTHER ☐ PROB ☐ ___ |

Time Code Classification

CT: Court   FF: Fact finding   NG: Negotiation   TR: Travel
IV: Interview   RS: Research   TC: Telephone call   WT: Wait

Record Time in Hours and Tenths

Richard Kawana: 536-6805

| Date | Time Code | Atty. time in Court | Atty. time out of Court | Staff to | Nature of Action or Court Proceedings Notes and Comments |
|---|---|---|---|---|---|
| 9-2-05 | | .10 | . | | A+P |
| 9-2-05 | | . | .5 | | Ivw clt  Tr. 11-8-05 |
| 9-13-05 | | .15 | . | | Hearing, M-SR Granted Release 3rd party |
| 9-23 | | . | . | ● | Mail docs to clt $1.06  33pp |
| 9-25 | | . | 1.30 | | Review plea agreement |
| 9-25 | | . | 1.0 | | Ivw clt - wants trial |
| 9-29 | | . | .40 | | Read buyer-seller cases |
| 9/10/30 | | . | 1.15 | | Write opening statement |
| 10/28 | | .10 | . | | A+P, cont'd |
| 11/1/05 | | . | .10 | | Ivw clt |
| " | | .15 | . | | A+P, hrg on mtns Trial 12-13-05 Kobayashi 9 am PTC - 11-14-05 10 a.m. Kobayashi PTM - 11-1-05 M-set aside SR denied (recon) |
| 11-2 | | . | .10 | | Ltr to Inciong |
| " | | . | 1.0 | | Partial prep. closing arguments |
| 11/3/05 | | . | .10 | | Appeal of Recon mtn |
| 11/4 | | . | 1.30 | ● | Prep mtn in Limine |
| 11/4 | | .55 | . | | Hrg - recon. |
| 11-5 | | . | .20 | | Read co-counsel's mtn to sever |
| " | | . | 1.15 | | Partial prep, cross of Leos |
| 11-6 | | . | 1.30 | | Further " " " " + Rosal |
| 11-11 | | . | .40 | | Prep jury inst. |
| 11-14 | | . | (40) | | PTC; atty status Kobayashi |
| 11-18 | | . | .5 | | Inciong called. Harassing remarks - did u tell clt not a good idea to go to trial? If not, well, right there. Don't want contin, will object for record if he requests - gets angry. Looking for move all - on charges. |

Exhibit H