# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following party on the _18th_ day of _August_, 200__ by:

[ ] Placing in court jacket, [ ] mailing, [X] hand delivery:

_Mark A. Inciong, Esq._
Assistant United States Attorney
PJKK Federal Building
Room 6-100, 300 Ala Moana
Honolulu, HI 96813

[ ] Placing in court jacket, [ ] mailing, [ ] hand delivery:

Federal Pretrial Services
PJKK Federal Building
300 Ala Moana, 7th floor
Honolulu, HI 968613

[ ] Placing in court jacket, [ ] mailing, [X] hand delivery:

_Anne M. Shimokawa_
_U.S. Probation Officer_

_____
Mary Ann Barnard