MARY ANN BARNARD    3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAI'I  96823
TELEPHONE NO.  571-5555 pgr
               942-0403

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS-BMK (03) |
| Plaintiff, | ) | |
| VS. | ) | MOTION TO MODIFY TERMS OF DETENTION FOR MEDICAL DIAGNOSTIC TESTING; DECLARATION OF COUNSEL; EXHIBIT A; CERTIFICATE OF SERVICE |
| VIRGINIA M. ROSAS GUERRERO, (01) | ) | |
| ROBERT ALEXANDER SIGUOIN, (02) | ) | DATE: |
| KEVIN PATRICK CASH, (03) | ) | TIME: |
| Defendants. | ) | JUDGE: J. Michael Seabright |

**MOTION TO MODIFY TERMS OF DETENTION
FOR MEDICAL DIAGNOSTIC TESTING**

Defendant KEVIN PATRICK CASH, by and through counsel, MARY ANN BARNARD, moves the Honorable Judge J. MICHAEL SEABRIGHT for an Order modifying his terms of detention for medical diagnostic testing.

This Motion is brought pursuant to the 8th Amendment to

the United States Constitution, FRPP Rule 47, and 18 U.S.C. §3145(b).  This motion is also based on the Declaration of Counsel, Exhibit A, and any further evidence which may be adduced at a hearing on this motion.

DATED:  Honolulu, Hawaii, __Sept. 8,_____, 2006.

_____
MARY ANN BARNARD
ATTORNEY AT LAW

ATTORNEY FOR DEFENDANT