IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00248 JMS (03) |
| Plaintiff, ) | |
| VS. ) | |
| VIRGINIA M. ROSAS GUERRERO, ) (01) ) | DECLARATION OF COUNSEL |
| ROBERT ALEXANDER SIGUOIN, ) (02) ) | |
| KEVIN PATRICK CASH, (03) ) | |
| Defendants. ) | |

## DECLARATION OF COUNSEL

I, MARY ANN BARNARD, hereby declare as follows:

1. That I am counsel for defendant, KEVIN PATRICK CASH, having been appointed under the Criminal Justice Act.

2. Shortly before Mr. Cash's sentencing on September 5, 2006 Declarant was contacted by Mr. Cash's wife, Gerri Fernandez-Cash, who asked Declarant to file a motion for full heart and lung diagnostic testing by Mr. Cash's family physician, Anthony F. Magliulo, M.D., Phone: 262-0606.

3. Declarant is informed that Mr. Cash was transported from FDC Honolulu to Straub Clinic and Hospital for complaints of difficulty breathing, which resulted in CT imaging diagnoses of mild bilateral emphysema in the areas around the walls of his heart, and aortic calcifications indicative of atherosclerosis.

(Exhibit A).

4. Declarant is informed by Gerri-Fernandez-Cash that her family physician recommends further heart and lung diagnostic testing for the purpose of identifying appropriate medications to relieve Mr. Cash's continuing chest pain symptoms. Mrs. Cash intends to obtain an explanatory letter from Dr. Magliulo prior to the hearing on the motion for diagnostic testing.

5. I declare that the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, _September 8, 2006_.

_____
MARY ANN BARNARD
ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH