Straub Clinic & Hospital
888 SOUTH KING STREET
HONOLULU HAWAII 96813

Department of Diagnostic Imaging

Patient Name:  CASH,KEVIN

Date/Time of Exam:  07/14/06 0841
Age:  49Y  Sex:  M  Pt. Type:  ANC
Location:  DIS - ANC
Check-In No.:    894327

Unit No.: S22262266
V/F: NONE   Case/Facility:
Tech Comments:

Ordering Physician:

Ordering Physician Fax#:
NONE GIVEN

GIRON, LEONARDO
P.O. BOX 30547
HONOLULU, HI  96820

---

CT CHEST WITHOUT CONTRAST, 07/14/2006 -

CLINICAL HISTORY - LEFT LUNG LESION.

TECHNIQUE - Axial images obtained through the chest, 2 mm x 2 mm.
Noncontrast. Coronal reformats.

FINDINGS -

LEFT LUNG - Left upper lobe has perihilar and paraseptal emphysema,
mild. No left lower lobe lesions.

Lingula - No lingular lesions.

Left Lower Lobe - Perihilar and paraseptal emphysema again noted. No
left lower lobe lesions.

RIGHT LUNG -
Right Upper Lobe - No nodules or masses.

Right middle lobe - No nodules or masses.

Right Lower Lobe - Mild right perihilar and paraseptal emphysema. No
nodules or masses. No pleural fluid.

Mediastinum - Aortic arch calcifications are present. No mediastinal
adenopathy. No evidence for heart enlargement.

Limited evaluation of the upper abdomen shows the adrenal glands to be
symmetric in appearance. There is a 2 cm likely conglomeration of celiac
lymph nodes, nonspecific. Punctate calcifications in the left lobe of
the liver are nonspecific and may relate to prior trauma and infection.

There is 1 cm right axillary lymph node. Shotty left axillary lymph
nodes.



FINAL
DUPLICATE

Straub Clinic & Hospital
888 SOUTH KING STREET
HONOLULU, HAWAII 96813

Department of Diagnostic Imaging

Patient Name:  CASH,KEVIN

Date/Time of Exam:  07/14/06 0841
Age:  49Y  Sex:  M  Pt. Type:  ANC
Location:  DIS - ANC
Check-In No.:     894327

Unit No.: S22262266
V/F: NONE    Case/Facility:
Tech Comments:

Ordering Physician Fax#:
            NONE GIVEN

Ordering Physician:

    GIRON,LEONARDO
    P.O. BOX 30547
    HONOLULU, HI  96820

---

        No lytic or sclerotic bone lesions.

        IMPRESSION -
        1. NO LEFT LUNG LESION IDENTIFIED.
        2. BILATERAL PERIHILAR, PARASEPTAL EMPHYSEMA, MILD.
        3. AORTIC CALCIFICATIONS INDICATE ATHEROSCLEROSIS.
        4. 2-CM LIKELY CONGLOMERATION OF LYMPH NODES ADJACENT TO THE CELIAC
        ARTERY, NONSPECIFIC.


        BJB/22IR0/21201620/113006/07142006-0912/07142006-1319


                    /READ BY/ BRENT BAKER MD, Radiologist
                    /Released By/ BRENT BAKER MD, Radiologist

TH
07/14/06 1319    07/14/06 1319


                                        FINAL
                                        DUPLICATE
                                        Page   2

# Anthony F. Magliulo, M.D.

Weinberg Medical Plaza
642 Ulukahiki St., Ste. 303 • Kailua, HI 96734
(808) 262-0606

September 7, 2006

To whom it may concern,

This is to certify that I am the attending physician for Kevin Cash since 1991. Kevin has emphysema secondary to smoking and also has a history of positive PPD. In addition, he has had long history of smoking.

His wife relates to me that he has been more short of breath recently. He had a recent chest CT scan done on 7/14/06 which showed emphysema and aortic calcification. I would recommend that a chest xray and echocardiogram be done to rule out cardiac causes.

Sincerely,

Anthony Magliulo M.D.