# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/14/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 05-00248JMS-BMK

CASE NAME: United States of America vs. (03) Kevin Patrick Cash

ATTYS FOR PLA: Mark A. Inciong

ATTYS FOR DEFT: (03) Mary Ann Barnard

INTERPRETER:

JUDGE: J. Michael Seabright   REPORTER: Sharon Ross

DATE: 09/14/06   TIME: 2:15pm-2:25pm

COURT ACTION: EP: As to Defendant (03) Kevin P. Cash-Motion to Modify Terms of Detention for Medical Diagnostic Testing-Defendant present in Custody.

Dr. Leonardo Giron-Doctor at the Federal Detention Center-by Phone.

Discussion as to the Defendant's Health Status. No Further Medical Tests will be conducted. Defendant's Counsel is to forward to the Detention Center the Letter regarding the results of Defendant's Medical Exam from Straub Clinic.

The Court will take no Action on this Motion. The Motion will be Denied as moot in 30 Days.

Submitted by Leslie L. Sai, Courtroom Manager