ORIGINAL

MARY ANN BARNARD   3650
ATTORNEY AT LAW
P.O. BOX 235520
HONOLULU, HAWAII  96823
TELEPHONE NO.  942-0403
              571-5555 (pager)

ATTORNEY FOR DEFENDANT
KEVIN PATRICK CASH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at 8 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00248 JMS-BMK (03) |
| Plaintiff-Appellee, | |
| vs. | NOTICE OF APPEAL and EXHIBIT "A"; CERTIFICATE OF SERVICE |
| KEVIN PATRICK CASH,(03) | |
| Defendant-Appellant. | |

NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant KEVIN PATRICK CASH, through Mary Ann Barnard, Court-Appointed Counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction and sentence announced by the Honorable J. Michael Seabright on September 5, 2006 and entered on September 12, 2006, attached hereto as Exhibit "A".

DATED: Honolulu, Hawaii, September 16, 2006.

BY: _____
    MARY ANN BARNARD
    ATTORNEY AT LAW

    ATTORNEY FOR DEFENDANT