ORIGINAL                        SEP 25 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

at 9 o'clock and 10 min __ M
SUE BEITIA, CLERK

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. **CR 05-248 JMS-BMK (03)**

Short Case Title **USA v. CASH et al**

Date Notice of Appeal Filed by Clerk of District Court **September 19, 2006**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| April 25, 2006 |  | Voir Dire **not requested** |
| April 26, 27, 28, 2006 | SR | Opening Statements **& jury trial** |
| May 1, 2006 | SR | Settlement Instructions **& " "** |
| May 2, 2006 | SR | Closing Arguments **& further trial** |
| May 2, 2006 | SR | Jury Instructions **jury quest, verdicts** |
| April 21, 2006 | SR | Pre-Trial Proceedings **Hearing, Cash Mtn in limine** |
| November 4, 2005 | SR | Other (please specify) **USA Motion to Revoke...Pretrial Release** |

(additional page for designations if necessary)    **See attached.**

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **9-25-06**    Estimated date for completion of transcript _____

Print Name of Attorney **Mary Ann Barnard**    Phone Number **(808) 942-0403**

Signature of Attorney _(signed)_

Address **P.O. Box 235520, Honolulu, HI 96823**

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                        BY: _____
(U.S. District Court Clerk)    (date)          DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

### INSTRUCTIONS FOR ATTORNEYS
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with the district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

### INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

### INSTRUCTIONS FOR THE CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.

```
CR 05-248 JMS-BMK (3)
USA v. CASH et al


Additional page:   Transcript Designation and Ordering Form

Hearing Date              Court Reporter      Proceeding

November 14, 2005              ESR            Status conference
                                              regarding counsel
                                              for Defendant

September 5, 2006              SR             Sentencing hearing
```