IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Amended Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. CR 05-248 JMS-BMK (03)

Short Case Title: USA v. CASH et al

Date Notice of Appeal Filed by Clerk of District Court: September 19, 2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 0 6 2006
at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike p) |
|---|---|---|
| April 25, 2006 | | Voir Dire: not requested |
| April 26, 27, 28, 2006 | SR | Opening Statements: & jury trial |
| May 2, 2006 | SR | Settlement Instructions: & " " |
| May 3, 2006 | SR | Closing Arguments: & further trial |
| | | Jury Instructions: jury quest, verdicts |
| April 21, 2006 | SR | Pre-Trial Proceedings: Hearing, Cash Mtn in limine |
| November 4, 2005 | SR | Other (please specify): USA Motion to Revoke... Pretrial Release |

(additional page for designations if necessary)  See attached.

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 9-25-06/10-3-06   Estimated date for completion of transcript: _____
Print Name of Attorney: Mary Ann Barnard   Phone Number: (808) 942-0403
Signature of Attorney: Mary Ann Barnard / Mary Ann Barnard
Address: P.O. Box 235520, Honolulu, HI 96823

SECTION B - To be completed by court reporter

I, Sharon Ross (signature of court reporter) _____ have received this designation.
(✓) Arrangements for payment were made on 9-27-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

850  Approximate Number of Pages in Transcript--Due Date 10-27-06

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 10/18/06   Court Reporter's Signature: Sharon Ross

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)   11/06/06 (date)   BY: _____ DEPUTY CLERK

CR 05-248 JMS-BMK (3)
USA v. CASH et al

Additional page: Transcript Designation and Ordering Form

| Hearing Date | Court Reporter | Proceeding |
| --- | --- | --- |
| November 14, 2005 | ESR | Status conference regarding counsel for Defendant |
| September 5, 2006 | SR | Sentencing hearing |