AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:        1:05CR00248-003         Judgment - Page 3 of 7
DEFENDANT:          KEVIN PATRICK CASH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 66 MONTHS.

This term consists of SIXTY SIX (66) MONTHS as to each of Counts 1, 3, 4, 5 of the Fourth Superseding Indictment, with all terms to run concurrently.

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       1) FCI Terminal Island.  2) FCI Sheridan, Oregon.  3) FCI Tucson, Arizona.

       That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[✓]    The defendant is remanded to the custody of the United States Marshal.

JAN 0 8 2007

[ ]    The defendant shall surrender to the United States Marshal for this district. at 11 o'clock and 15 min. AM
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

SUE BEITIA, CLERK

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-28-06 to FPC, Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A. Daniels, Warden
~~UNITED STATES MARSHAL~~

By Debra K Potter, LTE
~~Deputy U.S. Marshal~~